UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT QUANG,<br><br>    Plaintiff,<br><br> v.<br><br>JOHN F. KENNEDY, et al.,<br><br>    Defendants. | Case No. 24-cv-08512-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Alex G. Tse for consideration of whether the case is related to C-24-1328 AGT.

  **IT IS SO ORDERED.**

Dated: December 20, 2024

_____
JOSEPH C. SPERO
United States Magistrate Judge