UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHT QUANG,<br><br>              Plaintiffs,<br><br>      v.<br><br>JOHN F. KENNEDY, et al.,<br><br>              Defendants. | Case No.  24-cv-08512-AGT<br><br>**REPORT AND RECOMMENDATION AND ORDER ON ADMINISTRATIVE MOTION** |

In this second of two materially indistinguishable cases, Bright Quang alleges that the United States and its officials acted improperly during and after the Vietnam War. *See Quang v. United States*, 24-cv-01328-TLT, Dkt. 1 (advancing the same contention). Quang hasn't established a waiver of sovereign immunity or stated an actionable claim for relief. Moreover, based on his filings in this case and the related case, which are largely unintelligible, the undersigned is convinced that an amendment of the complaint would be futile.

The undersigned requests that the Clerk of the Court reassign Quang's case to a district judge and recommends that the district judge dismiss the complaint, without leave to amend, for failure to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). Quang may object to

this recommendation but must do so within fourteen days of receiving a copy of it. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b).

Quang's administrative motion, in which he asks to change a nonexistent case deadline (dkt. 5), is denied.

**IT IS SO ORDERED.**

Dated: June 12, 2025

_____
Alex G. Tse
United States Magistrate Judge