UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIGHT QUANG,

               Plaintiff,

    v.

JOHN F. KENNEDY, et al.,

            Defendants.

Case No. 24-cv-08512-EMC

**ORDER ADOPTING REPORT AND RECOMMENDATION; AND DISMISSING CASE**

Docket No. 18

     Plaintiff is a pro se litigant.  Previously, Magistrate Judge Tse granted his application to proceed in forma pauperis ("IFP"), Docket No. 17, and issued a report and recommendation ("R&R") in which he recommended that Plaintiff's case be dismissed with prejudice for failure to state a claim following a review under 28 U.S.C. § 1915(e).  *See* Docket No. 18 (R&R).  He noted, *inter alia*, that:

> In this second of two materially indistinguishable cases, Bright Quang alleges that the United States and its officials acted improperly during and after the Vietnam War. *See Quang v. United States*, 24-cv-01328-TLT, Dkt. 1 (advancing the same contention). Quang hasn't established a waiver of sovereign immunity or stated an actionable claim for relief. Moreover, based on his filings in this case and the related case, which are largely unintelligible, the undersigned is convinced that an amendment of the complaint would be futile.

*See* Docket No. 18 (R&R at 2).

     Plaintiff has not objected to the R&R, in spite of having been served with a copy.  The Court has also reviewed the R&R and all other evidence of record and finds the R&R thorough, well reasoned, and correct.  Accordingly, the Court hereby **ADOPTS** the R&R in its entirety and **DISMISSES** Plaintiff's case with prejudice for failure to state a claim.

//

The Clerk of the Court is instructed to enter a final judgment in accordance with this order and close the file in the case.

**IT IS SO ORDERED**.

Dated: July 9, 2025

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California